IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSE PORTALATIN**, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:24-cv-01166-O-BP |
| | § | |
| **MARILYN CAVALIE**, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** Defendants' Motions to Dismiss (ECF Nos. 14, 23, 24, 28, 30, 36, 39, 41, 46) are **GRANTED**; Plaintiffs' claims for violation of criminal statutes are **DISMISSED without leave to amend**; Plaintiff's claims against Judge Jessy Nevarez, Judge David Evans, Judge Wayne Salvant, Haynes and Boone, LLP, Cecilia Hernandez, Austin Sabin, Brian Singleterry, and Christopher Norris are **DISMISSED without leave to amend**; Plaintiffs' claims against Texas A&M University School of Law and Plaintiffs' claims against Karen L. Rowden, Amber Elliot Tilley, and Cynthia Gustafson in their official capacity are **DISMISSED without prejudice**; Plaintiffs' claims against Keisha B. Ennis, Stacy Franco, Suzanne Lebet, Maryjo Gutierrez, Karen L. Rowden, and Amber Elliot Tilley in their individual capacities are

**DISMISSED without leave to amend**; Plaintiffs' § 1983 claims against Cynthia Gustafson, Exp Realty, Tierney Jordan, Walsh Jordan, and Tierney Jordan Network Group are **DISMISSED without leave to amend**; Plaintiffs' state law claims against Cynthia Gustafson, Exp Realty, Tierney Jordan, Walsh Jordan, and Tierney Jordan Network Group are **DISMISSED without prejudice**; Plaintiffs' claims concerning any previous and ongoing state court cases involving Plaintiffs and Marylin Cavalie are **DISMISSED without prejudice**; Plaintiffs' claims against Patricia Lambis are **DISMISSED without prejudice**; and Plaintiffs' claims against Marylin Cavalie, Sarah Pricer, Kerry Owens, Alam Sepulveda Caraballo, Denise Hallmark, Junior Jose Herrera, and Joe Angel Morales are **DISMISSED without prejudice**.

**SO ORDERED** this **16th day** of **July, 2025**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**